# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**J C BELL, TRUSTEE**  **CHECK # 705082**  December 16, 2008
P O BOX 566
HATTIESBURG, MS 39403

### RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

MARY AGNES RAMBIN                                  Case No. 07-50425 ERG
407 W 15TH STREET
LAUREL, MS 39440

PAYEE:   MARY AGNES RAMBIN
         407 W 4TH STREET
         LAUREL, MS 39440            $589.49

REASON:  CANNOT LOCATE DEBTOR

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TOTAL PAYMENT INTO REGISTRY:**     **$589.49**